```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15570
   CHRISTOPHER F SMITH
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/17/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 07/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG           .00         .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE           .00         .00            .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED          .00            .00
HSBC MORTGAGE CORP        CURRENT MORTG           .00         .00            .00
HSBC MORTGAGE CORP        MORTGAGE ARRE           .00         .00            .00
HSBC MORTGAGE             NOTICE ONLY      NOT FILED          .00            .00
DISTRICT DIRECTOR         PRIORITY         NOT FILED          .00            .00
DISTRICT DIRECTOR         NOTICE ONLY      NOT FILED          .00            .00
DISTRICT COUNSEL          NOTICE ONLY      NOT FILED          .00            .00
DISTRICT DIRECTOR         NOTICE ONLY      NOT FILED          .00            .00
DISTRICT DIRECTOR         PRIORITY         NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED          .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED          .00            .00
BENEFICIAL HFC            UNSECURED        NOT FILED          .00            .00
BENEFICIAL/HOUSEHOLD FIN  NOTICE ONLY      NOT FILED          .00            .00
CCS FIRST SAVINGS BANK    UNSECURED        NOT FILED          .00            .00
FOCUS RECEIVABLES MGMT    NOTICE ONLY      NOT FILED          .00            .00
CITIFINANCIAL             UNSECURED        NOT FILED          .00            .00
FFPM HOLDINGS             UNSECURED        NOT FILED          .00            .00
HFC USA                   UNSECURED        NOT FILED          .00            .00
HOUSEHOLD FINANCE CORP    NOTICE ONLY      NOT FILED          .00            .00
NICOR GAS                 UNSECURED        NOT FILED          .00            .00
TIMOTHY K LIOU            DEBTOR ATTY             .00                        .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 15570 CHRISTOPHER F SMITH
```

```
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                            .00
                                   ---------------    ---------------
TOTALS                                        .00                 .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 10/29/08                   _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE